## AFFIDAVIT OF SERVICE

| Case:<br>EP-24-CV-<br>00363-LS | Court:<br>United States District Court for the Western<br>District of Texas | County: | Job:<br>11999461 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Brandon Callier | | Defendant / Respondent:<br>United Funding, LLC et.al | |
| Received by:<br>Delaware Detective Group, LLC | | For:<br>Brandon Callier | |
| To be served upon:<br>United Funding, LLC c/o Delaware Corporations, LLC | | | |

I, Stephen Kempski, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Shauna Lee, Company: 1000 N. West Street Suite 1501, Wilmington, DE 19801

**Manner of Service:**  Registered Agent, Oct 15, 2024, 10:10 am EDT

**Documents:**  Summons in a Civil Action, Civil Cover Sheet, Plaintiffs Original Complaint

**Additional Comments:**
1) Successful Attempt: Oct 15, 2024, 10:10 am EDT at Company: 1000 N. West Street Suite 1501, Wilmington, DE 19801 received by Shauna Lee. Age: 40-45; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'6"; Hair: Black; Relationship: Director of Operations;

Stephen Kempski                     Date 10/16/24

Delaware Detective Group, LLC
364 E. Main Street Suite 309
Middletown , DE 19709
302-373-3678

Subscribed and sworn to before me by the affiant who is
personally known to me.

Notary Public

Date 10/16/24          Commission Expires Feb 3, 2026

DELIA KEMPSKI
MY COMMISSION
EXPIRES
FEB. 03, 2026
NOTARY PUBLIC
STATE OF DELAWARE



Delaware Detective Group, LLC
364 E. Main Street
Suite 309
Middletown, Delaware 19709
Phone (302) 373-3678
Tax ID#: 32-0285966

# INVOICE

INVOICE # 24PS00664
DATE: 10-15-24

TO:
Brandon Callier

FOR:
United Funding, LLC

| DATE | DESCRIPTION | HOURS OR MILEAGE | RATE | AMOUNT |
|------|-------------|------------------|------|--------|
| 10-15-24 | Service of Process | | | $50.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Balance Due | | | $50.00 |
| | | | TOTAL | $50.00 |

Make all checks payable to Delaware Detective Group, LLC
**Total due in 30 days**. Overdue accounts subject to a service charge of 3% per month.

**THANK YOU FOR YOUR BUSINESS!**