UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED FUNDINGS LLC,** a Delaware Limited Liability Company **and JEFFERY TILLER**<br><br>Defendants. | §§§§§§§§§§§§§§<br><br>EP-24-CV-00363- LS |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Brandon Callier, request that the Clerk of Court enter Default against Defendant United Fundings LLC pursuant to Federal Rule of Civil Procedure 55(a). In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

November 18, 2024,                                       Respectfully submitted,

/s/ Brandon Callier

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
915-383-4604
Callier74@gmail.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER<br><br>Plaintiff,<br><br>v.<br><br>UNITED FUNDINGS LLC, a Delaware Limited Liability Company **and** JEFFERY TILLER<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§  EP-24-CV-00363- LS<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ENTRY OF DEFAULT

It appears that the Complaint was filed in this case on October 7, 2024; that the summons and Complaint were duly served upon Defendant United Fundings LLC and more than 21 days have passed, and no answer or other pleading have been filed by Defendant as required by law;

Therefore, upon request of Plaintiff, default is hereby entered against Defendant United Fundings LLC as provided in Rule 55(a), Federal Rule of Civil Procedure.

By:_____
Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED FUNDINGS LLC**, a Delaware Limited Liability Company and **JEFFERY TILLER** <br><br> Defendants. | § § § § § § § § § § § § § §   EP-24-CV-00363- LS |



## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Brandon Callier, declare under penalty of perjury, state as follows:

1. I am the Plaintiff, Pro se, in the above-entitled action and I am familiar with the file, records, and pleadings in this matter.

2. The Complaint was filed on October 7, 2024, and the Summons were issued on October 7, 2024.

3. Defendant United Fundings LLC was served with a copy of the Summons, Cover Sheet and Complaint on October 15, 2024.

4. Defendant United Fundings LLC has failed to appear, plead or otherwise defend within time allowed and therefore, is now in Default.

5. Plaintiff requests that the Clerk of Court enter Default against Defendant United Fundings LLC.

*[Signature on following page]*

November 18, 2024,

Sworn to and subscribed before
Me this  7  day of November
20 24.

_____
Notary Public
My Commission Expires: 07/25/28

/s/ Brandon Callier
Brandon Callier
Plaintiff, Pro-se



AARON EDUARDO APODACA
Notary Public, State of Texas
Comm. Expires 07-25-2028
Notary ID 135009023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER <br><br> Plaintiff, <br><br> v. <br><br> UNITED FUNDINGS LLC, a Delaware Limited Liability Company and JEFFERY TILLER <br><br> Defendants. | § § § § § § § § § § § § § § § EP-24-CV-00363- LS |

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I caused a true copy of the foregoing, Plaintiff's Request for Entry of Default to be served via USPS mail to Defendant United Fundings LLC on care of Delaware Corporation LLC, 1000 N. West Street, STE 1501, Wilmington, Delaware 19801.

November 18, 2024

Respectfully submitted,

/s/ Brandon Callier

Brandon Callier
Plaintiff, Pro Se
6336 Franklin Trail Drive
El Paso, TX 79912
915-383-4604
Callier74@gmail.com