# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| ***Plaintiff*****,** | § | |
| | § | |
| **v.** | § | **No. 3:24-CV-00363-LS** |
| | § | |
| **UNITED FUNDINGS, LLC, a Delaware Limited Liability Company,** | § | |
| | § | |
| | § | |
| ***Defendant*****.** | | |

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT WITH LEAVE TO AMEND**

Plaintiff seeks a default judgment against United Fundings, LLC, based on a complaint alleging numerous unlawful phone calls made by "Allen" and "Jeffrey Tiller."[1] Plaintiff alleges that Tiller is the "Executive Director and Chief Executive Officer" of United Fundings,[2] and that "Defendants" made the calls, but there is no explanation about how United Fundings is vicariously liability for "Allen's" or "Jeffrey Tiller's" alleged unlawful calls. Tiller may indeed serve as an officer for United, but the complaint appears devoid of any allegation that Tiller was making the calls on United's behalf such that the court can proper analyze the motion for default judgment. Accordingly, Plaintiff's motion for default judgment [ECF No. 11] is **DENIED WITH LEAVE TO AMEND** to address the issues raised above. Any amended motion must be filed **October 13, 2025**, and failure to do so may result in dismissal of this lawsuit for failure to prosecute.

**SO ORDERED**.

---

[1] ECF No. 3 at 8.
[2] *Id*. at 1.

**SIGNED** and **ENTERED** on September 29, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**