**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BRANDON L. CALLIER,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | No.  **3:24-CV-00363-LS** |
| | § | |
| **UNITED FUNDINGS LLC, A** | § | |
| **DELAWARE LIMITED LIABILITY** | § | |
| **COMPANY,** | § | |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this final judgment in favor of Plaintiff Brandon Callier and awards him $530,905.00 in damages. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 13, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**